UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV13-05976-PSG | Date | October 9, 2013 |
|---|---|---|---|
| Title | In re: R2D2, LLC | | |

Present: The Honorable  PHILIP S. GUTIERREZ

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**    ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that the Appellant show cause in writing on or before **October 23, 2013**, why this bankruptcy appeal should not be dismissed for lack of prosecution.

The Court will consider the filing of the following as an appropriate response to this Order to Show Cause. Failure to respond in writing, may result in the dismissal of the entire action.

X   Appellant's Opening Brief e-filed in District Court.
    (due not later than 14 days after the filing of the Certificate of Readiness in District Court; not to exceed 30 pages)

    Appellee's Brief e-filed in District Court.
    (due not later than 14 days after service of Appellant's Opening Brief; not to exceed 30 pages.)

    Appellant's Reply Brief e-filed in District Court.
    (due no later than 14 days after service of Appellee's brief; not to exceed 20 pages.)

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

A mandatory chambers copy shall be delivered to Courtroom 880, and shall include the electronic filed date header and/or the Notice of Electronic Filing (NEF).  Failure to comply, may result in monetary sanctions and the document to be stricken from the record.

**cc:**    **Bankruptcy Appellate Panel**
       **Bankruptcy Court**

                                                            Initials of Preparer      wh