UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | CV 13-5976 PSG | Date | October 15, 2013 |
|---|---|---|---|
| Title | *In re: R2D2, LLC* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:      (In Chambers) Order Dismissing Case for Lack of Prosecution**

On October 9, 2013, the Court ordered Appellant to show cause on or before October 23, 2013, why this bankruptcy appeal should not be dismissed for lack of prosecution. *See* Dkt. # 7. On October 10, 2013, Appellant responded, informing the Court that this matter is duplicative of bankruptcy appeal case number 2:13-cv-5538. *See* Dkt. # 8. As such, this matter is now closed.

**IT IS SO ORDERED.**

cc: U.S. Bankruptcy Appellate
    U.S. Bankruptcy Court

Initials of Clerk: wh